**25-53535**

I attempted to complete the credit counseling electronically. I was traveling in Guatemala and returned yesterday 3/30/25. My house is scheduled for auction tomorrow 4/1/25. Due to the poor internet connection in Guatemala I was unable to stream the content of the course. I was unable to complete it this morning prior to filings although I attempted to do so. Only I need a little more time to properly complete the course.

Mark Christian

3/31/25

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2025 MAR 31 PM 3:57

VANIA S. ALLEN
CLERK
BY: _____ DEPUTY CLERK