

**IT IS ORDERED as set forth below:**

**Date: April 2, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | : | CASE NO. 25-53535-JRS |
|---|---|---|
|  | : |  |
| Mark Christian, | : |  |
|  | : | CHAPTER 13 |
| Debtor(s) | : |  |

ORDER

Before the Court is Debtor's Motion for an Extension of Time to File Credit Counseling Certificate (Doc. 6). Debtor asserts that he was unable to complete the course of instruction because he was in Guatemala prior to filing the case and had unreliable internet access. The Court having reviewed the Motion, The Court will thus require Debtor to provide evidence sufficient to establish that he was in Guatemala during the period prior to the filing of the case. That evidence shall include copies of Debtor's passport indicating his arrival to and departure

from Guatemala.  Accordingly, it is hereby

ORDERED that the Court shall defer ruling on Debtor's Motion in accordance with the provisions below, and it is

FURTHER ORDERED that, on or before April 11, 2025, Debtor shall file with the Court evidence sufficient to establish that he was in Guatemala during the period prior to the filing of this case, with such evidence to include copies of Debtor's passport indicating the dates of arrival to and departure from Guatemala, and it is

FURTHER ORDERED that if Debtor fails to timely provide such information as set forth herein, Debtor's Motion shall be denied without further notice or hearing, and it is

FURTHER ORDERED that if Debtor timely complies with the terms of this Order, the Court shall consider enter of an Order granting Debtor's Motion, provided, however, that Debtor is current on performing his duties and obligations as a debtor, including the payment of the $313.00 filing fees.

The Clerk of Court is directed to serve a copy of this Order on the Debtor and the Chapter 13 Trustee.

**[END OF DOCUMENT]**