**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 25-53535-jrs** |
| | § | **(Chapter 13)** |
| **MARK CHRISTIAN** | § | |

## NOTICE OF APPEARANCE ON BEHALF OF NATIONSTAR MORTGAGE, LLC

Please take notice that the undersigned attorney hereby appears as counsel for Nationstar Mortgage, LLC, pursuant to the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, including, but without limitation: notices and any orders, applications, complaints, demands, hearings, motion, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise served upon the undersigned attorney at the following address:

Araba Kwofie
MILLER, GEORGE & SUGGS, PLLC
3000 Langford Road, Building 100
Peachtree Corners, GA 30071
Telephone: 404-793-1447
Facsimile: 404-738-1558
akwofie@mgs-legal.com

Respectfully submitted,

*/s/ Araba Kwofie*
Araba Kwofie
State Bar No: 901621
akwofie@mgs-legal.com
MILLER, GEORGE & SUGGS, PLLC
3000 Langford Road, Building 100
Peachtree Corners, GA 30071
Phone: 404-793-1447
Fax: 404-738-1558
*Attorney for Nationstar Mortgage, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was delivered to the addressees the attached mailing list by First Class U.S. Mail postage pre-paid and/or electronic mail this 14th day April 2025.

*/s/ Araba Kwofie*
**ARABA KWOFIE**

**Via Pre-Paid U.S. Mail:**

Mark Christian
624 Victoria Ln
Woodstock, GA 30189
PRO SE DEBTOR

**Via ECF:**

Nancy J. Whaley
Suite 120
303 Peachtree Center Ave NE
Atlanta, GA 30303
Chapter 13 Trustee

Office of The United States Trustee
75 Ted Turner Drive, S.W., Room 362
Atlanta, GA 30303
U.S. Trustee